UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD EDWARD JOYNER,

    Plaintiff,

v.                                Case No. 3:19cv5002-MCR-HTC

C. MAIORANA, et al.,

    Defendants.

_____/

ORDER DIRECTING SERVICE

This matter is before the Court on Plaintiff's first amended civil rights complaint (ECF Doc. 12), filed pursuant to 42 U.S.C. § 1983, which the Court determined is sufficient to be served on five (5) named defendants.[1] ECF Doc. 13. Plaintiff has provided the requisite number of service copies. Therefore, service of the first amended complaint is appropriate at this time.

Accordingly, it is ORDERED that:

1.    The clerk shall prepare and issue summonses for the five (5) named Defendants in this case: the Florida Department of Corrections ("FDOC"), The GEO

---

[1] As set forth in the Court's prior order requesting service copies, ECF Doc. 13, Plaintiff has not stated a claim against Grievance Coordinator R. Bethea because there is no liability for denying a grievance under § 1983. Plaintiff did not object to that determination. Thus, the clerk will be directed to terminate Bethea as a defendant.

Group, Inc. ("GEO Group"), Warden C. Maiorana, Assistant Warden M. Neal, and Classification Supervisor Cooper.  The clerk shall refer the summonses to the United States Marshals Service ("USMS"), along with a copy of this order for each Defendant and the service copies of the first amended complaint.

2. Pursuant to Federal Rule of Civil Procedure 4(c), Lauren Sanchez is specially appointed to serve process upon **Defendant FDOC** at the Florida Department of Corrections Central Office, 501 South Calhoun Street, Tallahassee, Florida 32399.  In the absence of Lauren Sanchez, Kimberly Cupp is designated as an alternate process server and shall comply with this order as though issued in her name.

3. Within **thirty (30) days** of the date of this order, the USMS shall serve the summons, a copy of the first amended complaint (ECF Doc. 12), and a copy of this order upon **Defendant FDOC**.  Service shall be accomplished by mailing these documents by regular mail to the above-named special process server, who shall serve the first amended complaint.  All costs of service shall be advanced by the United States.

4. Within **fourteen (14) days** after receipt of the first amended complaint and this order, the special process server shall serve the first amended complaint upon **Defendant FDOC**, complete and sign the return of service, and return the return of service to the clerk as proof of service. A qualified representative for

Case No. 3:19cv5002-MCR-HTC

**Defendant FDOC** shall also sign the return of service as an acknowledgment of receipt of service.

5. The clerk shall prepare a service copy of the first amended complaint (ECF Doc. 12), a completed NUSM-1 (Notice of a Lawsuit and Request to Waive Service of a Summons) form, and two (2) AO-399 (Waiver of the Service of Summons) forms for *each* of the following: **Defendants Maiorana, Neal, and Cooper**. The clerk shall then refer the service copies of the first amended complaint, NUSM-1 forms, AO-399 forms, summonses, and copies of this order to the USMS.

6. Upon receipt of these materials, and pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall send a copy of the first amended complaint (ECF Doc. 12), a copy of this order, a completed NUSM-1 form, two (2) AO-399 forms, and a prepaid means of compliance to each of the following—**Defendants Maiorana, Neal, and Cooper**—through first class mail to the Blackwater River Correctional Facility at 5914 Jeff Ates Road, Milton, Florida 32583-0000. The USMS shall mail the forms to each defendant within **thirty (30) days** so that service or waiver of service can be completed within ninety (90) days from the date this order is entered on the docket.

7. The clerk shall prepare a service copy of the first amended complaint (ECF Doc. 12), a completed NUSM-1 (Notice of a Lawsuit and Request to Waive Service of a Summons) form, and two (2) AO-399 (Waiver of the Service of

Summons) forms for **Defendant GEO Group**. The clerk shall then refer the service copy of the first amended complaint, NUSM-1 form, AO-399 forms, summons, and copy of this order to the USMS.

8. Upon receipt of these materials, and pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall send through first class mail a copy of the first amended complaint (ECF Doc. 12), a copy of this order, a completed NUSM-1 form, two AO-399 forms, and a prepaid means of compliance to GEO Group's registered agent, **Corporate Creations Network, Inc.**, at **801 US Highway 1, North Palm Beach, FL 33408**. The documents shall be mailed to the North Palm Beach, Florida address given above. The USMS shall mail the forms to CORPORATE CREATIONS NETWORK, INC. within **thirty (30) days** so that service or waiver of service can be completed within ninety (90) days from the date this order is entered on the docket.

9. If Defendants **GEO Group, Maiorana, Neal, or Cooper** have not returned a waiver of service form (AO-399) after **thirty (30) days** from the mailing of the waiver of service forms and the complaint, the USMS shall personally serve Defendant(s) pursuant to Federal Rule of Civil Procedure 4(e). Upon completion of service, the USMS shall file with the clerk the return and a written statement of all costs incurred of making such personal service.

10. If any Defendant is no longer employed at the designated institution or facility or otherwise is unable to be served, the process server shall report this information to the clerk within **fourteen (14) days** after receipt of the first amended complaint and this order. If service is returned unexecuted, or if a return is not filed within **forty-five (45)** days from the date of this order, the clerk shall immediately notify chambers.

11. Each Defendant shall have **sixty (60) days from the date that Defendant was served** to file a response to the first amended complaint *if* Defendant returns the waiver of service. Otherwise, if personal service is required, each Defendant shall have **twenty-one (21) days** from the date of service in which to file a response to the complaint.

12. Unless the Court gives permission, no motion for summary judgment shall be filed by any party prior to entry of an initial scheduling order.

13. Counsel for Defendants shall file a notice of appearance within **thirty (30) days** of the date of service.

14. Plaintiff is advised that no further amendments to the complaint shall be permitted by the Court unless, as required by Federal Rule of Civil Procedure 15, Plaintiff files a separate motion for leave to so amend and provides copies of the proposed amended complaint. N.D. Fla. Loc. R. 15.1.

Case No. 3:19cv5002-MCR-HTC

15. Once a notice of appearance is filed, Plaintiff must mail to the attorney for that Defendant a copy of every pleading or other paper he submits for filing in this Court. Plaintiff shall include with any paper submitted for filing a certificate of service stating the date an identical copy of the paper was mailed to the Defendant or to the attorney representing the Defendant. Any paper submitted for filing that does not contain a certificate of service will be returned by the clerk and disregarded by the Court. Fed. R. Civ. P. 5; N.D. Fla. Loc. R. 5.1(D).

16. Plaintiff is reminded to keep the clerk advised of any change in his mailing address should he be transferred, released from prison, or otherwise relocated. Failure to do so may result in dismissal of this action for failure to prosecute or failure to comply with an order of the Court should orders not be able to reach Plaintiff.

17. The clerk is directed to terminate R. Bethea as a defendant in this action.

18. The clerk is also directed to update the docket to reflect the FDOC and GEO Group as defendants in this action based on the amended complaint.

DONE AND ORDERED this 31st day of August, 2020.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**