AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-5002-MCR/HTC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **FDOC**
was received by me on *(date)* **Mike Gordon    9/15/20**

☑ I personally served the summons on the individual at *(place)* **FDC Central Office, 501 S. Calhoun Str Tallahassee FL 32399** on *(date)* **9/15/2020** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

☐ Designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0**

I declare under penalty of perjury that this information is true.

Date: **9/16/2020**

*Server's signature*

**Lauren Sanchez, paralegal sp.**
*Printed name and title*

**501 S. Calhoun Str. Tallahassee, FL 32399**
*Server's address*

Additional information regarding attempted service, etc:

FILED USDC FLND PN
SEP 22 '20 PM 3:10

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
NORTHERN DISTRICT OF FLORIDA

**RECEIVED**
SEP 14 2020
FL Dept. of Corrections
Office of General Counsel

RONALD EDWARD JOYNER

*Plaintiff(s)*

v.

Civil Action No. 3:19-cv-5002-MCR/HTC

C MAIORANA, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FLORIDA DEPARTMENT OF CORRECTIONS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD EDWARD JOYNER 508970
GRACEVILLE CORRECTIONAL FACILITY
5168 EZELL RD
GRACEVILLE, FL 32440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*JESSICA J. LYUBLANOVITS,*
*CLERK OF COURT*

Date: September 1, 2020

s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

RCVD USDC FLND PN
SEP 22 PM3:10

FILED USDC FLND PN
SEP 22 '20 PM3:10

FL. DEPT. OF CORRECTIONS
OFFICE OF THE GENERAL COUNSEL
501 SOUTH CALHOUN STREET
TALLAHASSEE, FL 32399-2500

U.S. POSTAGE >> PITNEY BOWES
ZIP 32399 $ 001.20⁰
02 4W
0000365139 SEP 16 2020

FIRST CLASS

RECEIVED SEP 22 2020

United States District Court
Northern District of Florida
Office of the Clerk
1 North Palafox Street, Suite 226
Pensacola, Florida 32501